UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA, *ex rel.*
GNGH2,

          Plaintiffs.

FILED UNDER SEAL
Civil Action No. 24-cv-661

v.

ZUND AMERICA, INC.,

          Defendant.

---

### Order

---

On December 4, 2024, the United States filed a Notice of Election to Intervene for Settlement in this matter pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) & (4). Based on the submissions of the United States, and for good cause shown,

IT IS ORDERED that:

1. the relator's complaint, the United States' Notice of Election to Intervene for Settlement, and this order be unsealed;

2. all other papers or orders on file in this matter shall remain under seal; and

3. the seal shall be lifted on all matters occurring in this action after the date of this order.

Dated at Milwaukee, Wisconsin, this __ day of December, 2024.

          BY THE COURT:

          _____
          J.P. Stadtmueller
          U.S. District Judge